## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LARRY LEE MORRIS, JR.,**

     **Plaintiff,**

**v.**                            **Case No. 4:21-cv-110-AW-MAF**

**CITY OF TALLAHASSEE, et al.,**

     **Defendants.**

_____/

## ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND

I have considered the magistrate judge's Report and Recommendation. ECF No. 12. I have also considered de novo the issues Plaintiff raised in his objections. ECF Nos. 15, 16, 18. I agree with the magistrate judge that the complaint must be dismissed for failure to state a claim. However, Plaintiff will have one final attempt to amend and state a claim, should he be able to address the deficiencies the Report and Recommendation identifies. He shall have 14 days to do so. Failure to file timely a Second Amended Complaint will result in dismissal.

SO ORDERED on September 7, 2021.

s/ *Allen Winsor*_____
United States District Judge